Opinion issued April 28, 2026



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-26-00388-CV**

————————————

**IN RE ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,**
**Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Allstate Vehicle and Property Insurance Company has filed a petition for writ of mandamus complaining of the trial court's order denying its

motion to compel.[1]   We deny mandamus relief. *See* TEX. R. APP. P. 52.7(a), 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.

---

[1]   The underlying case is *James P. Smith and Staranna Smith v. Allstate Vehicle and Property Insurance Company*, cause number 2025-91217, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.